# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JOHN PAUL JENKINS,**
    **Plaintiff,**

vs.  Case Number: **08-2225**

**JAMES B PEAKE,**
**Sec Dept of Veterans Affairs,**
    **Defendant.**

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant and against the plaintiff.

ENTER this 30th day of July, 2010.

s/Pamela E. Robinson
_____
PAMELA E. ROBINSON, CLERK

s/S. Johnson
_____
BY:  DEPUTY CLERK